Sadie Lee Lester, Plaintiff-Appellee, v. Monica Elevator Company, Defendant-Appellant.

Gen. No. 10,712. (Abstract of Decision.)

Galbraith & Baymiller, for appellant; Leiter & Durfee, for appellee. Opinion by JUSTICE DOVE. Not to be published in full. Opinion filed January 28, 1954; released for publication February 15, 1954.

S. Lawrence McHard et al., and Midway Oil Company, Plaintiffs-Appellees, v. Gibb Motors, Inc., and Raus Gibb, Defendants-Appellants.

Gen. No. 10,729. (Abstract of Decision.)